**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HELM LEHMANN,<br><br>             Plaintiff,<br><br>      v.<br><br>ARVATO DIGITAL SERVICES, LLC, a foreign limited liability company,<br><br>             Defendant. | Case No.: 3:11-cv-00378-LRH-VPC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff Helm Lehmann (hereinafter referred to as "Plaintiff") and Defendant arvato digital services, LLC (hereinafter referred to as "Defendant") (hereinafter collectively referred to as the "Parties"), through their respective counsel, that the above-captioned matter be dismissed with prejudice, each party to bear its own fees and costs. The Court shall retain jurisdiction over any dispute arising out of the settlement of this matter.

-1-

Dated this 21st day of December, 2011.

| | |
|---|---|
| JACKSON LEWIS LLP | DICKERSON LAW OFFICES |
| /s/ Paul Trimmer | /s/ Jeffrey A. Dickerson |
| Elayna J. Youchah<br>Paul Trimmer<br>3800 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br>Attorneys for Defendant | Jeffrey A. Dickerson, Esq.<br>9585 Prototype Court<br>Suite A<br>Reno, Nevada 89521<br>Attorney for Plaintiff |

**IT IS SO ORDERED.**

DATED this 27th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE